IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CENTRAL SOURCE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:14-cv-302 (AJT/JFA) |
| ) | |
| ANNUALCREDITREDPORT.COM, ) | |
| an Internet Domain Name, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **ORDER**

This matter is before the Court on the Proposed Findings of Fact and Recommendations [Doc. No. 20] of the Magistrate Judge recommending that default judgment be entered in favor of Plaintiff Central Source LLC and against the remaining defendant domain names. The Court has conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 15] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered in favor of Plaintiff Central Source LLC and against defendant domain names annualcreditredport.com, annualcrfeditreport.com, annuaqlcreditreport.com, and annualdreditreport.com; and it is further

ORDERED that VeriSign, Inc. change the registrar of record for defendant domain names annualcreditredport.com, annualcrfeditreport.com, and annuaqlcreditreport.com from the current registrar Tirupati Domains and Hosting Private Limited to Plaintiff's registrar GoDaddy.com LLC; and it is further

ORDERED that VeriSign, Inc. change the registrar of record for defendant domain name annualdreditreport.com from the current registrar RegisterMatrix.com Corp. to Plaintiff's Registrar GoDaddy.com LLC; and it is further

ORDERED that GoDaddy.com LLC take any steps necessary to have the plaintiff listed as the registrant for defendant domain names annualcreditredport.com, annualcrfeditreport.com, annuaqlcreditreport.com, and annualdreditreport.com.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward a copy of this Order to counsel of record and to the registrant of the defendant domain names at Privacy Protection Service Inc. d/b/a Privacy Protect.org, C/O ID#10760, P.O. Box 16, Nobby Beach, Queensland QLD 4218, Australia.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 7, 2014